**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:18-cr-260 |
| CYNTHIA MIRACLE, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion for Presentence Release. (Doc. 360.) The Government has filed no response to Defendant's Motion and, therefore, does not oppose Defendant's Motion. See Local Rule 7.5. Contingent on Defendant's satisfaction of the conditions set forth in the Court's Order Setting Conditions of Release, filed contemporaneously with this Order, the Court **GRANTS** Defendant's Motion for Presentence Release.

Therefore, after careful consideration and pursuant to 18 U.S.C. § 3143, the Court finds by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending sentencing. The Defendant must comply with the conditions in the Order Setting Conditions of Release. The Court forewarns Defendant that her failure to comply can have significant negative consequences on the outcome of her case.

**SO ORDERED**, this 11th day of February, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA